

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  03-61751-CIV-HUCK/TURNOFF

SAMUEL NETO, on his own behalf and
others similarly situated,

       Plaintiff,

vs.

THE CAR SALON, LLC., a Florida
corporation, and PBS OF CENTRAL
FLORIDA, INC., a Florida corporation,

       Defendants.

_____/

## ORDER ON MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT

THIS CAUSE came before the Court upon Defendant's, PBS of Central Florida (hereinafter "PBS"), Motion to Dismiss or, in the Alternative, Motion for Summary Judgment [DE #24], filed on January 21, 2004.  Having reviewed the Motion and being otherwise fully advised, it is

ORDERED AND ADJUDGED that, because Defendant PBS relies on matters outside the Complaint, the Motion to Dismiss is DENIED.  Therefore, the Court will consider the issues raised by PBS' Motion for Summary Judgment after Plaintiff has an opportunity to take discovery on those issues. Accordingly, Plaintiff's opposition to Defendant PBS's Motion for Summary Judgment is due March 8, 2004.

DONE AND ORDERED in Chambers, Miami, Florida this 23 day of January, 2004.

Paul C. Huck
United States District Judge

Copies furnished to:
Counsel of Record

